UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PLAINTIFF,**  Emma Bai a/k/a Yuton Bai,  vs.  **DEFENDANT,**  Todd M. Lyons, Acting Director, U.S. Immigration and Custom Enforcement. | Case No.: 25-cv-03481 YGR  **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Jeffrey S. White *sua sponte* to consider whether it is related to *John Doe v. Donald J. Trump*, 25-cv-03140.

**IT IS SO ORDERED.**

Date: April 22, 2025

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: The Honorable Jeffrey S. White